HAROLD L. DECKER, APPELLANT, v. AUGUSTUS NASH, RECORDER, ETC., ET AL., RESPONDENT.

Argued October 24, 1928—Decided February 4, 1929.

For the appellant, *Earl A. Merrill.*

For the respondent, *Paul Q. Oliver.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For reversal*—None.